ELIZABETH RUSSELL, *Respondent, v.* HENRY D. MINOR, *Appellant.* — Motion denied, without costs.

JOSEPH A. VOSE *v.* FRANCIS S. STREET. — Motion denied, without costs and without prejudice.

JOHN J. DURYEA *v.* WILLIAM C. TRAPHAGEN. — Judgment and order affirmed, with costs. Opinion by DAVIS, P. J.

THE BALTIMORE AND OHIO RAILWAY COMPANY, *Appellant, v.* ALEXANDER T. ARTHUR and another, *Respondents.* — Order reversed. Order to be entered as directed in opinion. Opinion *Per Curiam.*

WILLIAM H. H. JONES, *Appellant, v.* GEORGE H. RANDALL, *Respondent.* — Order affirmed, with ten dollars costs and disbursements, on the opinion of LAWRENCE, J.

ALFRED W. LADD, *Appellant, v.* THE TERRE HAUTE CAR AND MANUFACTURING COMPANY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

EDMUND R. MORRIS *v.* IRA B. TUTHILL. — Motion denied in case the plaintiff satisfies the judgment obtained against defendant and assigns certificate of real estate purchased by him on the execution sale, otherwise granted. Opinion *Per Curiam.*

GEORGE J. DESH *v.* OLIVER W. BARNES. — Motion for reargument denied. Opinion *Per Curiam.*

PHILIP H. ADEE, *v.* CHARLES G. CORNELL and others. — Motion granted as far as to relieve the receiver from payment of costs, but without prejudice to right of respondent to apply for order directing payment of costs awarded to respondent by the persons at whose requests the application for leave to prosecute was made.

DARIUS MILLER *v.* ELMORE A. KENT. — Motion to modify order granted. Order to be settled by BRADY, J.

PETER K. KNAPP and another, *Respondents, v.* AUGUSTA S. KNAPP and others, *Appellants.* — Judgment reversed and new trial ordered, the question of costs reserved. Opinion by BRADY, J.

JOHN SULLIVAN, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Judgment reversed and new trial ordered.

JOHN GRAY and another, *Respondents, v.* THE NEW YORK FLOATING ELEVATOR COMPANY, *Appellant.* — Judgment and order affirmed, but without prejudice to a motion to be made on a case at Special Term for a new trial on the questions of fact. Opinion by DAVIS, P. J.

EDWARD D. JAMES *v.* GEORGE SHEA. — Reargument ordered.

IN THE MATTER OF LUBE.

IN THE MATTER OF HARRIET A. WALTER, *as Executrix, etc.*

IN THE MATTER OF BACH. — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by DAVIS, P. J., and by DANIELS, J., dissenting.